1

2

3

4

5

**Entered on Docket**
**June 02, 2011**

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

6

7

8   PITE DUNCAN, LLP
    EDDIE R. JIMENEZ (NV Bar #10376)
9   MATTHEW M. MCARTHUR (NV Bar #11649)
    ACE VAN PATTEN (NV Bar #11731)
10  701 Bridger Avenue, Suite 700
    Las Vegas, Nevada 89101
11  Telephone: (858) 750-7600
    Facsimile:  (619) 590-1385
12  E-mail:  ecfnvb@piteduncan.com

13  MAILING ADDRESS:
    4375 Jutland Drive, Suite 200
14  P.O. Box 17933
    San Diego, California 92177-0933
15

16  Attorneys for   Secured Creditor WELLS FARGO BANK, N.A. ALSO KNOWN AS
                    WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A,
                    AND FORMERLY KNOWN AS WACHOVIA MORTGAGE
17                  FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB

18

19                    UNITED STATES BANKRUPTCY COURT

20                         DISTRICT OF NEVADA

21  In re                                    Bankruptcy Case No. BK-S-11-14577-mkn
                                             Chapter 7
22  MARTHA S. CORAZZINI ,

23          Debtor(s).                       WELLS FARGO BANK, N.A. ALSO
                                             KNOWN AS WACHOVIA
24                                           MORTGAGE, A DIVISION OF WELLS
                                             FARGO BANK, N.A, AND FORMERLY
25                                           KNOWN AS WACHOVIA MORTGAGE
                                             FSB, FORMERLY KNOWN AS WORLD
26                                           SAVINGS BANK, FSB'S ORDER
                                             TERMINATING AUTOMATIC STAY
27                                           Date:    May 25, 2011
                                             Time:    1:30 PM
28

1    A hearing on Secured Creditor Wells Fargo Bank, N.A. also known as Wachovia

2   Mortgage, a division of Wells Fargo Bank, N.A, and formerly known as Wachovia Mortgage

3   FSB, formerly known as World Savings Bank, FSB's Motion for Relief From the Automatic

4   Stay came on regularly for hearing in the United States Bankruptcy Court before the Honorable

5   Mike K. Nakagawa, Matthew M. McArthur appearing on behalf of Secured Creditor.

6    The court having duly considered the papers and pleadings on file herein and

7   being fully advised thereon and finding cause therefor:

8    IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

9    The automatic stay of 11 United States Code section 362 is hereby immediately

10   terminated as it applies to the enforcement by Movant of all of its rights in the real property

11   under the Note and Deed of Trust encumbering the real property commonly known as 2305 W

12   Horizon Ridge Pkwy Apt 1221, Henderson, Nevada 89052-5784 ("Real Property"), which is

13   legally described as:

14

15    SEE LEGAL DESCRIPTION ATTACHED
     HERETO AS EXHIBIT A AND MADE A PART
16    HEREOF.

17    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant and/or

18   its foreclosure trustee shall mail written notice of the time, date and place of the foreclosure sale

19   of the Real Property to the Debtor(s) at the address for the Real Property at least 7 calendar days

20   prior to the foreclosure sale.  In the event that Movant and/or its foreclosure trustee provides at

21   least 7 calendar days' advance notice of the time, date and place of the foreclosure sale of the

22   Real Property in compliance with the notice requirements set forth in Chapter 107 of Nevada

23   Revised Statutes, those notices shall be sufficient to satisfy the requirement of this Court to

24   provide 7 days' notice to the Debtor(s).

25   /././

26   /././

27   /././

28   /././

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant may offer and provide Debtor with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor.  However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case.

APPROVED/DISAPPROVED          APPROVED/DISAPPROVED

_____          _____
MARILYN A. MCKINNEY          JOSEPH B. ATKINS
DEBTOR(S) ATTORNEY          TRUSTEE

/./.

/./.

/./.

/./.

/./.

/./.

/./.

/./.

/./.

/./.

/./.

/./.

/./.

/./.

/./.

/./.

/./.

EXHIBIT "A"

The land referred to in this Commitment is situated in the County of Clark, State of
Nevada and is described as follows:

PARCEL I (COMMON AREA):

ONE (1) ALLOCATED INTEREST AS TENANTS-IN-COMMON IN AND TO THE COMMON AREA
OF EACH PHASE OF FINAL PLAT OF MISSION RIDGE II - UNIT 2, (A CONDOMINIUM
SUBDIVISION AND COMMON INTEREST COMMUNITY), AS SHOWN BY MAP THEREOF ON
FILE IN BOOK 112 OF PLATS, PAGE 93 IN THE OFFICE OF THE COUNTY RECORDER, CLARK
COUNTY, NEVADA. SAID ALLOCATED INTEREST TO BE A FRACTION, THE NUMERATOR OF
WHICH SHALL BE ONE (1), AND THE DENOMINATOR WHICH SHALL BE THE NUMBER OF
UNITS IN THE COMMUNITY WHICH SHALL BECOME SUBJECT TO THE DECLARATION OF
RESTRICTIONS RECORDED DECEMBER 17, 2002 IN BOOK 20021217 AS DOCUMENT NO. 03136,
OFFICIAL RECORDS AND ANY SUBSEQUENT AMENDMENTS AND/OR SUPPLEMENTS
THERETO.

EXCEPTING THEREFROM ALL UNITS AND BUILDINGS LOCATED WITHIN THE ABOVE
REFERENCED PLAT.

RESERVING THEREFROM THE RIGHT TO POSSESSION OF ALL THOSE AREAS DELINEATED
AS "LIMITED COMMON ELEMENTS" UPON MISSION RIDGE II - UNIT 1 AS DEFINED IN THE
DECLARATION

FURTHER RESERVING THEREFROM FOR THE BENEFIT OF THE OWNERS OF ALL UNITS
WITHIN MISSION RIDGE II - UNIT 1, (EXCEPT THE UNIT REFERRED TO IN PARCEL II,
HEREIN) NON-EXCLUSIVE EASEMENTS FOR INGRESS, EGRESS AND RECREATIONAL USE
ON, OVER AND ACROSS THE COMMON ELEMENTS, AS PROVIDED FOR IN AND SUBJECT TO
THE DECLARATION.

PARCEL II: (LIVING UNIT):

UNIT NO. ONE THOUSAND TWO HUNDRED TWENTY-ONE (1221) IN BUILDING TWELVE (12),
AS SHOWN UPON THE ABOVE REFERENCED PLAT.

PARCEL III (LIMITED COMMON ELEMENTS):

THE EXCLUSIVE RIGHT OF USE, POSSESSION, AND OCCUPANCY OF THOSE PORTIONS THE
PROJECT DESIGNATED AS THOSE "LIMITED COMMON ELEMENTS" (INCLUDING, BUT NOT
LIMITED TO DECK(S), LANDING(S)/STAIR(S), CHIMNEY(IES)/FLUE(S), STORAGE AREA(S),
AND PARKING SPACE(S) AS DEFINED IN AND SUBJECT TO THE DECLARATION), WHICH
ARE APPURTENANT TO PARCELS I AND II DESCRIBED ABOVE.

PARCEL IV (APPURTENANT EASEMENTS):

A NON-EXCLUSIVE EASEMENT FOR INGRESS, EGRESS AND RECREATIONAL USE ON, OVER
AND ACROSS THOSE PORTIONS OF MISSION RIDGE II - UNIT 2, DELINEATED AS "PRIVATE
DRIVES", "RECREATIONAL FACILITIES" AND "COMMON ELEMENTS", AS DEFINED IN AND
SUBJECT TO THE DECLARATION, WHICH EASEMENT IS APPURTENANT TO PARCELS I AND
II.

PARCEL V (GARAGE UNIT)

THE EXCLUSIVE RIGHT OF USE, POSSESSION AND OCCUPANCY OF THAT PORTION OF
MISSION RIDGE II UNIT 2, AS GARAGE UNIT J-4: SAID GARAGE UNIT TO BE A LIMITED
COMMON ELEMENT APPURTENANT TO THE UNIT DESCRIBED IN PARCEL II HEREIN, AS
PROVIDED FOR IN AND SUBJECT TO THE DECLARATION.

**Prepped**

OCT 1 7 2006

Candice Valentine

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐    The court has waived the requirement set forth in LR 9021(b)(1).

☐    No party appeared at the hearing or filed an objection to the motion.

☐    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐    Approved.

☐    Disapproved.

☐    Failed to respond.

☒    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###

Submitted by:

/s/ MATTHEW M. MCARTHUR
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
(858) 750-7600
NV Bar #11649
Attorney for WELLS FARGO BANK,
N.A. ALSO KNOWN AS
WACHOVIA MORTGAGE, A
DIVISION OF WELLS FARGO
BANK, N.A, AND FORMERLY
KNOWN AS WACHOVIA
MORTGAGE FSB, FORMERLY
KNOWN AS WORLD SAVINGS
BANK, FSB